# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| VITOR DOCAJ, | Case No. 2:20-cv-10014-NGE-DRG |
| | Hon. Nancy G. Edmunds |
| Plaintiff, | Mag. David R. Grand |
| v. | Removed from |
| | Wayne County Circuit Court |
| ATLANTIC SPECIALTY INSURANCE COMPANY ("Atlantic Specialty"), and ONEBEACON AMERICA INSURANCE COMPANY, | Case No. 19-013827-CK |
| Defendants. | |
_____/

## STIPULTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS

Plaintiff Vitor Docaj and Defendants Atlantic Specialty Insurance Company ("Atlantic Specialty") and OneBeacon America Insurance Company ("OneBeacon America") (collectively "Defendants"), by and through their respective attorneys, hereby stipulate and agree that Defendants shall have up to and including January 24, 2019 to file initial responsive pleadings in this matter.

| Dated:  January 8, 2020 | Dated:  January 8, 2020 |
|---|---|
| *s/ Joseph Dedvukaj w/ consent*<br>Joseph Dedvukaj<br>THE JOSEPH DEDVUKAJ FIRM, PC<br>Attorney for Plaintiff | s/ *Shannon L.H. Phillips*<br>Shannon L.H. Phillips (P72212)<br>COLLINS EINHORN FARRELL PC<br>Attorney for Defendants |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| VITOR DOCAJ, | Case No. 2:20-cv-10014-NGE-DRG |
| | Hon. Nancy G. Edmunds |
| Plaintiff, | Mag. David R. Grand |
| | |
| v. | Removed from |
| | Wayne County Circuit Court |
| ATLANTIC SPECIALTY INSURANCE | Case No. 19-013827-CK |
| COMPANY ("Atlantic Specialty"), | |
| and ONEBEACON AMERICA | |
| INSURANCE COMPANY, | |
| | |
| Defendants. | |
| _____/ | |

## ORDER GRANTING EXTENSION OF
## TIME TO FILE RESPONSIVE PLEADINGS

This matter having come before the Court by Stipulation of the Parties, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Defendants' initial responsive pleadings shall be due on or before January 24, 2019.

**IT IS SO ORDERED.**

Dated: January 9, 2020        s/ Nancy G. Edmunds
                              Hon. Nancy G. Edmunds