UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VITOR DOCAJ,

    Plaintiff,                                                           No. 20-10014

v.                                                                Honorable Nancy G. Edmunds

ATLANTIC SPECIALTY INSURANCE
COMPANY, ONEBEACON AMERICA
INSURANCE COMPANY,

    Defendants.
_____/

**ORDER TO SHOW CAUSE**

      IT IS HEREBY ORDERED that Defendants shall, within fourteen (14) days of the date of this Order, SHOW CAUSE in writing why this case should not be remanded to the Wayne County Circuit Court for failure to meet the jurisdictional amount in controversy requirement, as set forth in 28 U.S.C. § 1332(a) and Local Court Rule 81.1.  Defendants shall present written evidence that the amount in controversy exceeds the $75,000 jurisdictional requirement of this Court by submitting an itemization of the alleged injuries and damages by category and amount, together with supporting documents.  For those categories for which injuries and damages cannot be specified in a precise amount, an estimate of the maximum amount and a detailed description of the factual basis for such estimate must be submitted.  *See Gafford v. Gen. Elec., Co.*, 997 F.2d 150, 158 (6th Cir. 1993), *abrogated on other grounds by Hertz Corp. v. Friend*, 559 U.S. 77 (2010) (a defendant seeking removal

on the basis of diversity jurisdiction has the burden of proving the amount in controversy by a preponderance of the evidence).

      This Order to Show Cause constitutes notice under Local Rule 41.2 of the Local Rules for the Eastern District of Michigan of the Court's intent to remand this case on its own motion for lack of federal jurisdiction, unless Defendants can demonstrate that the Court does have jurisdiction in this case.

      SO ORDERED.

                                 s/Nancy G. Edmunds
                                 Nancy G. Edmunds
                                 United States District Judge

Dated: January 14, 2020

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 14, 2020, by electronic and/or ordinary mail.

                                 s/Lisa Bartlett
                                 Case Manager